Anne K. Marks, Plaintiff, v. Checker Taxi Company, and City of Chicago, a Municipal Corporation, Defendants.

Sherwin & Sherwin, Petitioners-Appellees, v. City of Chicago, a Municipal Corporation, Defendant-Appellant.

Gen. No. 47,631.

First District, Second Division.

March 24, 1959.

Rehearing denied April 14, 1959.

Released for publication April 21, 1959.

John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin, Rita Ivy Epstein, Assistant Corporation Counsel, of counsel) for defendant-appellant; Julius L. Sherwin and Theodore R. Sherwin, for petitioner-appellee, Pro se. Opinion by JUSTICE MURPHY. Not to be published in full.